**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| WINDY WINK,<br><br>    Plaintiff,<br><br>    v.<br><br>JANITORAI INC.,<br><br>    Defendant. | Case No. 24-cv-03871-BLF<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO SERVE PROCESS** |

Plaintiff is ORDERED TO SHOW CAUSE in writing and by October 8, 2024, why this action should not be dismissed for failure to complete service of process within 90 days of the filing of the complaint. *See* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time.").

**IT IS SO ORDERED.**

Dated: September 24, 2024

_____
BETH LABSON FREEMAN
United States District Judge