# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| WINDY WINK,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JANITORAI INC.,<br><br>　　　　　Defendant. | Case No. 24-cv-03871-BLF<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO SERVE PROCESS** |

Plaintiff, proceeding *pro se*, filed this action on June 25, 2024. *See* Compl., ECF 1. On September 24, 2024, the Court issued an Order to Show Cause why the action should not be dismissed for failure to complete service of process on Defendant within 90 days as required under Federal Rule of Civil Procedure 4(m). *See* Order to Show Cause, ECF 5. Plaintiff's show cause response was due by October 8, 2024. In consideration of Plaintiff's *pro se* status and the fact that Plaintiff's address of record is in Hong Kong, the Court waited more than two weeks after the show cause deadline before issuing the present order. However, a full month has now elapsed since issuance of the Order to Show Cause, and Plaintiff has not provided proof of service on Defendant or otherwise responded to the Order to Show Cause.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE for failure to serve process on Defendant.

**IT IS SO ORDERED.**

Dated: October 25, 2024

_____
BETH LABSON FREEMAN
United States District Judge